IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-cv-00069-FL

| | |
|---|---|
| DEENA DIECKHAUS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNIVERSITY OF NORTH CAROLINA SYSTEM, through its governing body, the BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, and EAST CAROLINA UNIVERSITY, a constituent institution, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**Fed. R. CIV. P. 41(a)(1)(A)(i)**

**(WITHOUT PREJUDICE)**

**PLEASE TAKE NOTICE** that the Plaintiff hereby dismisses her case **without prejudice** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Defendants have neither served an Answer or Motion for Summary Judgment in this action.

This 22nd day of May, 2020

[signature on following page]

1

Respectfully Submitted,

**ANASTOPOULO LAW FIRM, LLC**

BY  /s/ Eric M. Poulin
  Eric M. Poulin
  N.C. Bar No.: 43861
  Anastopoulo Law Firm, LLC
  32 Ann Street
  Charleston, SC 29403
  (843) 614-8888
  Fax (843) 494-5536
  eric@akimlawfirm.com

  **ATTORNEY FOR PLAINTIFF(S)**